# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **NEIL E HAVLIK #24985-009** | **CASE NO. 2:19-CV-01511 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 19] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of the objections to the Report and Recommendation timely filed in the record;

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss [doc. 13] filed by the government be **GRANTED** and that Count 3 of the plaintiff's complaint be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on this 27th day of October, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**